**Jehan Zeb MIR, Plaintiff–Appellant,**

v.

**Robert BOGAN, an individual, et al., Defendants–Appellees.**

15–1433

United States Court of Appeals, Second Circuit.

August 24, 2016

For Plaintiff–Appellant: Jehan Zeb Mir, pro se, Redondo Beach, CA.

For Defendants–Appellees: Karen W. Lin (Barbara D. Underwood & Anisha S. Dasgupta, on the brief) for Eric T. Schneiderman, Attorney General of the State of New York, New York, NY, for Robert Bogan, Peter D. Van Buren, Kendrick A. Sears, Claudia Hutton, Nirav R. Shah, Lyon Greenberg, Ralph Liebling, Deborah Whitfield, Linda Skidmore. David F. Taglienti (Richard F. Wolfe & Kristin

G., Hogue, on the brief) for Kamala D. Harris, Attorney General of California, San Diego, CA, for, Kimberly Kirchmeyer, Sharon Levine, and Linda, Whitney. Theodore S. Drcar (Christine Mersten, on the brief), for Kamala D. Harris, Attorney General of California, San, Diego, CA, for Mary Agnes Matyszewski.

PRESENT: ROSEMARY S. POOLER, GERARD E. LYNCH, SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

Appellant Jehan Zeb Mir, proceeding pro se, appeals from the district court's judgment dismissing his complaint against state officials involved in the revocation of his medical license as barred, in part, by absolute immunity and, in part, for failure to state a claim upon which relief may be granted. The district court additionally denied Mir's request for sanctions against certain defendants and their attorneys pursuant to Federal Rule of Civil Procedure 11. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review de novo a district court's dismissal of a complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), construing the "complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). Likewise, we review de novo the question whether absolute immunity applies. *Giraldo v. Kessler*, 694 F.3d 161, 165 (2d Cir. 2012). We review the denial of a motion for sanctions under Rule 11 for abuse of discretion. *Perez v. Posse Comitatus*, 373 F.3d 321, 326 (2d Cir. 2004).

Upon review, we conclude that the district court properly dismissed Mir's claims

and denied his request for sanctions. We affirm for substantially the same reasons stated by the district court in its thorough and well-reasoned March 27, 2015 decision.

We have considered all of Mir's arguments and find them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**.